# CSM Legal, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

November 21, 2023

**VIA E.C.F.**  
Honorable Katherine Polk Failla  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10013



Re: Marin Lopez et al v. Vi Gi Gourmet 96, et al.  
Case No.: 23-cv-06150-KPF

Your Honor:

Our office represents Plaintiff in the above-referenced matter. I write, jointly with Defendants, to provide a status report to the Court regarding mediation.

On October 24, 2023, the parties attended mediation and had productive discussions regarding an agreement. The parties are finalizing the terms of a settlement. Therefore, the parties anticipate needing thirty (30) days to file either a *Cheeks* motion or notice of acceptance pursuant to Rule 68, and thus request an extension of time to and December 13th, 2023

The parties thank the Court for its time and consideration of this matter.

Respectfully Submitted,

/s/ *Mary Bianco*  
Mary Bianco

cc: Noel Tripp, Esq. (via ECF)

```
Application GRANTED.  The parties shall file their settlement papers on or
before December 13, 2023.

The Clerk of Court is directed to terminate the pending motion at docket
number 23.
                                      SO ORDERED.

Dated:   November 28, 2023
         New York, New York
```

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*