# CSM Legal, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

December 12, 2023

**VIA E.C.F.**  
Honorable Katherine Polk Failla  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10013

**MEMO ENDORSED**

Re:   Marin Lopez et al v. Vi Gi Gourmet 96, et al.  
      Case No.: 23-cv-06150-KPF

Your Honor:

Our office represents Plaintiff in the above-referenced matter. I write, jointly with Defendants, to request an extension of the deadline to file a settlement agreement. This is the first request of its kind and is submitted on consent.

The parties are working diligently on the settlement materials. Therefore, the parties anticipate needing thirty (30) days to file either a *Cheeks* motion or notice of acceptance pursuant to Rule 68, and thus request an extension of time to and January 12, 2024.

The parties thank the Court for its time and consideration of this matter.

Respectfully Submitted,

/s/ *Mary Bianco*  
Mary Bianco

cc:   Noel Tripp, Esq. (via ECF)

---

Application GRANTED. The parties shall file the necessary settlement paperwork on or before **January 12, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 25.

Dated:   December 14, 2023  
         New York, New York

SO ORDERED.

*[signature]*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE