# CSM Legal, P.C.
Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |
| mary@csm-legal.com | |

**VIA ECF**                                                                             January 12, 2024

The Honorable Katherine P. Failla
United States District Judge for the
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007



Re: <u>Leonardo Marin Lopez v. Vi.Gi Gourmet 96, Corp., et al.</u>,
Civil Case No.: 23-06150 (KPF)

Your Honor:

This office represents Plaintiff in the above referenced matter. This letter is written jointly with Defense Counsel further to the parties' status report dated December 13, 2023 (Dkt. No. 25), to update the Court on the status of the parties' settlement discussions.

The parties have circulated proposed written settlement papers, including a most recent draft on January 10, 2023, which Plaintiff is currently considering. The parties thus respectfully request one additional week, until January 19, 2024 to hopefully finalize and make an appropriate submission (*see* Dkt. 23). This is the parties second request for an extension of time to submit the settlement materials.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Mary Bianco
Mary Bianco, Esq.

cc: All counsel (VIA ECF)

```
Application GRANTED.  The parties shall finalize and submit their settlement
papers on or before January 19, 2024.

The Clerk of Court is directed to terminate the pending motion at docket
number 27.

Dated:    January 16, 2024                    SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE