**JacksonLewis**

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

MY DIRECT DIAL IS: (631) 247-4661
MY EMAIL ADDRESS IS:   NOEL.TRIPP@JACKSONLEWIS.COM

January 19, 2024

<u>**VIA ECF**</u>

The Honorable Katherine P. Failla
United States District Judge for the
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Leonardo Marin Lopez v. Vi.Gi Gourmet 96, Corp., et al.*,
         Civil Case No.: 23-06150 (KPF)

Dear Judge Failla:

As counsel for Defendant in the above-referenced matter we write for all parties further to the status update and the Court's order (Dkt. No. 28) to respectfully request an extension until February 2, 2024 to make the *Cheeks* submission to Your Honor in the above matter. We recently provided to Plaintiff's counsel comments to what we believe will become signature versions of the parties' agreement, and request this additional time to finalize and obtain signatures from the parties.

We thank the Court for its time and consideration to this matter.

Respectfully submitted,

JACKSON LEWIS, P.C.

*Noel P. Tripp*

Noel P. Tripp

NPT:dc
cc:   All Counsel of Record (*via* ECF)

---

Application GRANTED.  The parties shall finalize and submit their settlement papers on or before **February 2, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket number 29.

Dated:   January 22, 2024
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE