# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
mary@csm-legal.com

**VIA ECF**  February 2, 2024

The Honorable Katherine P. Failla
United States District Judge for the
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007



   Re: <u>Leonardo Marin Lopez v. Vi.Gi Gourmet 96, Corp., et al.</u>,
     Civil Case No.: 23-06150 (KPF)

Your Honor:

  This office represents Plaintiff in the above referenced matter. This letter is written jointly with Defense Counsel to respectfully request a brief extension of the February 2, 2024 deadline to submit the settlement agreement.

  The parties have finalized the settlement agreement, and the Plaintiff has signed it. However, Defendants require additional time to execute the agreement. The parties thus respectfully request one additional week, until February 9, 2024 to make an appropriate submission (*see* Dkt. 23). This is the parties third request for an extension of time to submit the settlement materials.

  We thank the Court for its attention to this matter.

             Respectfully Submitted,

             <u>/s/ Mary Bianco</u>
             Mary Bianco, Esq.

cc: All counsel (VIA ECF)

---

Application GRANTED. The parties shall file their submission on or before **February 9, 2024.**

The Clerk of Court is directed to terminate the pending motion at docket entry 31.

Dated: February 5, 2024     SO ORDERED.
    New York, New York

                   *Katherine Polk Failla*

                   HON. KATHERINE POLK FAILLA
                   UNITED STATES DISTRICT JUDGE